CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ATLANTIC SEA ISLAND GROUP LLC )
)
)
           Plaintiff )
)
             v. )      Civil Action No. _____
)
SEAN T. CONNAUGHTON and )
MARY E. PETERS   Defendant )
)
)

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __Atlantic Sea Island Group LLC__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Atlantic Sea Island Group LLC__, which have any outstanding securities in the hands of the public. __None__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ John F. Cooney_
Signature

936336
Bar Identification Number

John F. Cooney
Print Name
Venable LLP
575 - 7th Street, N.W.
Address
Washington, D.C.   20004
City     State     Zip

(202) 344-4812
Telephone Number