UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC SEA ISLAND GROUP LLC, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) ) |
| SEAN T. CONNAUGHTON, Administrator, Maritime Administration, | ) ) ) Civil Action No. 08-00259(RWR) |
| and | ) ) ) |
| MARY E. PETERS, Secretary, U.S. Department of Transportation, | ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF ATTORNEY APPEARANCE**

The Clerk of the Court will please enter the appearance of Beverly M. Russell, Assistant U.S. Attorney, as counsel for defendants in the above-captioned case.

Respectfully submitted,

/s/ Beverly M. Russell

BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant U.S. Attorney
Office of the United States Attorney for the
 District of Columbia, Civil Division
555 Fourth St., N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Notice of Appearance* was made by the Court's Electronic Case Filing System, this 26th day of February, 2008 to:

John F. Cooney
Venable, LLP
575 Seventh Street, N.W.
Washington, D.C.  20004
jfcooney@venable.com


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney