UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC SEA ISLAND GROUP LLC, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>SEAN T. CONNAUGHTON, )<br>  Administrator, Maritime Administration, )<br>)<br>  and )<br>)<br>MARY E. PETERS, )<br>  Secretary, U.S. Department of Transportation, )<br>)<br>Defendants. )<br>) | Civil Action No. 08-00259(RWR) |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants, Sean T. Connaughton, Administrator, Maritime Administration, and Mary E. Peters, Secretary, U.S. Department of Transportation, respectfully move for an extension of time up to and including March 11, 2008 to respond to Plaintiff's Motion for a Preliminary Injunction.[1]  Pursuant to Local Rule 7(m), Defendant's counsel contacted Plaintiff's counsel and was informed that Plaintiff does not oppose the relief

---

[1] Pursuant to Local Rule 65.1(c), a response to an application for a preliminary injunction must be filed within five days after service of the application.  Although the U.S. Attorney's Office was served on February 19, 2008, it does not appear that service has been perfected consistent with Fed. R. Civ. P. 4(i)(1).  Nevertheless, out of an abundance of caution but without waiving any defenses that can be asserted to this suit, Defendants are moving for the extension described herein.

requested herein.  Additionally, Plaintiff proposed a deadline of March 17, 2008 to file any reply and further requests that its application for a preliminary injunction be scheduled for oral argument as soon as possible after the filing of its reply.

As to Defendants' reasons for seeking the extension of time, Defendants note that their undersigned counsel was just assigned this matter today, February 26, 2008, and needs a period to coordinate with the agency on an appropriate response to Plaintiff's motion.   For this reason, and in light of their counsel's other work-related demands, Defendants respectfully move for an extension of time to March 11, 2008 to file their response to Plaintiff's Motion for a Preliminary Injunction.

A proposed Order consistent with the relief requested herein, including requested deadlines, accompanies this Motion.

Date: February 26, 2008

        Respectfully Submitted,

        /s/ Jeffrey A. Taylor /mj
        _____
        JEFFREY A. TAYLOR, D.C. BAR #498610
        United States Attorney

        /s/ Rudolph Contreras /mj
        _____
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendants' Consent Motion for an Extension of Time to Respond to Plaintiff's Motion for a Preliminary Injunction and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System, this 26th day of February, 2008 to:

John F. Cooney
Venable, LLP
575 Seventh Street, N.W.
Washington, D.C.  20004
jfcooney@venable.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC SEA ISLAND GROUP LLC, <br><br> Plaintiff <br><br> v. <br><br> SEAN T. CONNAUGHTON, <br>  Administrator, Maritime Administration, <br><br>  and <br><br> MARY E. PETERS, <br>  Secretary, U.S. Department of Transportation, <br><br> Defendants. | Civil Action No. 08-00259(RWR) |

**ORDER**

UPON CONSIDERATION of *Defendants' Consent Motion for an Extension of Time to Respond to Plaintiff's Motion for a Preliminary Injunction and Memorandum in Support Thereof*, and there being no opposition thereto, it is by the Court,

ORDERED that Defendants' motion should be and is hereby granted, and thus, Defendants shall have up to and including March 11, 2008 to respond to Plaintiff's Motion for a Preliminary Injunction; and it is further

ORDERED that Plaintiff shall have up to and including March 17, 2008 to file its Reply;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
John F. Cooney
Venable, LLP
575 Seventh Street, N.W.
Washington, D.C.  20004

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530