UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC SEA ISLAND GROUP LLC,  <br>  Plaintiff  <br>  v.  <br>SEAN T. CONNAUGHTON,  <br>  Administrator, Maritime Administration,  <br>  and  <br>MARY E. PETERS,  <br>  Secretary, U.S. Department of Transportation,  <br>  Defendants. | Civil Action No. 08-00259(RWR) |

**DEFENDANTS' OPPOSED, SECOND MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants, Sean T. Connaughton, Administrator, Maritime Administration, and Mary E. Peters, Secretary, U.S. Department of Transportation, respectfully move for an extension of time up to and including March 17, 2008 to respond to Plaintiff's Motion for a Preliminary Injunction. The current filing deadline is Tuesday, March 11, 2008. Pursuant to Local Rule 7(m), Defendant's counsel contacted Plaintiff's counsel and was informed that Plaintiff opposes the relief requested herein. As explained below, however, Defendants have good faith bases for seeking the extension.

In its Motion for a Preliminary Injunction, Plaintiff objects to a November 2, 2007 decision of the Administrator, Maritime Administration, to designate New Jersey

as an "additional coastal State" pursuant to the Deepwater Port Act, 33 U.S.C. § 1501 et seq. The Deepwater Port Act ("the Act") contains the statutory provisions governing "the location, ownership, construction and operation of deepwater ports in waters beyond the territorial limits of the United States." 33 U.S.C. § 1501(a)(1). Included within the express statutory objectives of the Act are provisions to ensure "the protection of the marine and coastal environment to prevent or minimize any adverse consequences which might occur as a consequence of the development of" such ports and provisions to "protect the rights and responsibilities of States and communities to regulate growth, determine land use and otherwise protect the environment in accordance with law." 33 U.S.C. §§ 1501(a)(2) and (a)(4). In this regard, a state designated as an "adjacent coastal State" because of its connection to the deepwater port by pipeline, its proximity to the deepwater port (i.e, within 15 miles), or its designation as such by the Secretary of Transportation may protect its citizens' interests by ensuring that the deepwater port meets state environmental, land and water use, and coastal zone management requirements. As indicated above, the Maritime Administration's designation of New Jersey as an "adjacent coastal State" is the basis of Plaintiff's suit.

Defendants' attorneys have made significant progress in drafting a response to Plaintiff's Motion for a Preliminary Injunction. However, Defendants' undersigned attorney does not believe that the response will be completed in sufficient time for filing with the Court by the current deadline given the required review at both the Departmental and agency level (i.e., the involved offices within the Department of Transportation and the Maritime Administration) and the internal review within the U.S. Attorney's Office which must be completed. To allow a period for such review, Defendants respectfully move for an extension of time to March 17, 2008 to file their response to Plaintiff's Motion for a Preliminary Injunction. In further support of this Motion (i.e., the requested deadline), Defendants additionally note that their undersigned attorney will be preparing witnesses for deposition on Wednesday, March 12, and defending depositions on March 13 - 14.

Defendants understand that, given the relief requested by Plaintiff (i.e., for a preliminary injunction), the Court might want some indication as to any impact on Plaintiff in granting the motion for an extension of time. Defendants respectfully submit that Plaintiff will not be harmed by the granting of the four-business day extension. Indeed, from the undersigned counsel's understanding and as will be further explained in a declaration supporting Defendants' response to Plaintiff's Motion for a Preliminary Injunction, Plaintiff has yet to provide the necessary information for application processing and environmental review as required by the Act. See, e.g. 33 U.S.C. § 1505 (explaining the Federal environmental review

criteria). Indeed, the environmental review which must be done consistent with the National Policy Environmental Act ("NEPA"), 42 U.S.C. § 4231 et seq. under even the most optimistic circumstances takes at least six months, and Plaintiff, upon information and belief, has yet to obtain a third party contractor to assist with or undertake the NEPA review. Accordingly, given these circumstances, Defendants respectfully submit that Plaintiff will not be prejudiced by the Court granting the relief requested herein. Indeed, what the current status of the application process by itself suggests, and as will be more fully set forth in Defendants' response to the Motion for a Preliminary Injunction, is that this matter can proceed within the current time frame for answering the complaint (i.e., April 21, 2008) and a briefing schedule, with no irreversible harm or prejudice to Plaintiff.

In summary, Defendants respectfully move for a four business day extension to March 17, 2008 to file their response to Plaintiff's Motion for a Preliminary Injunction. Given this relief, Defendants also request that any reply be filed by Plaintiff no later than March 24, 2008.

A proposed Order consistent with the relief requested herein, including requested deadlines, accompanies this Motion.

Date: March 10, 2008

Respectfully Submitted,

/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of ***Defendants' Opposed, Second Motion for an Extension of Time to Respond to Plaintiff's Motion for a Preliminary Injunction and Memorandum in Support Thereof*** was made by the Court's Electronic Case Filing System, this 10th day of March, 2008 to:

John F. Cooney
Venable, LLP
575 Seventh Street, N.W.
Washington, D.C.  20004
jfcooney@venable.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC SEA ISLAND GROUP LLC, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>SEAN T. CONNAUGHTON, )<br>  Administrator, Maritime Administration, )<br>)<br>and )<br>)<br>MARY E. PETERS, )<br>  Secretary, U.S. Department of Transportation, )<br>)<br>Defendants. )<br>) | Civil Action No. 08-00259(RWR) |

**ORDER**

UPON CONSIDERATION of *Defendants' Opposed, Second Motion for an Extension of Time to Respond to Plaintiff's Motion for a Preliminary Injunction and Memorandum in Support Thereof*, it is by the Court,

ORDERED that Defendants' motion should be and is hereby granted, and thus, Defendants shall have up to and including March 17, 2008 to respond to Plaintiff's Motion for a Preliminary Injunction; and it is further

ORDERED that Plaintiff shall have up to and including March 24, 2008 to file its Reply;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

John F. Cooney
Venable, LLP
575 Seventh Street, N.W.
Washington, D.C. 20004

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530