UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC SEA ISLAND GROUP LLC,                     )<br>                                                                        )<br>           Plaintiff                                                     )<br>                                                                        )<br>           v.                                                          )<br>                                                                        )<br>SEAN T. CONNAUGHTON,                                 )<br>   Administrator, Maritime Administration,          )<br>                                                                        )<br>  and                                                                 )<br>                                                                        )<br>MARY E. PETERS,                                           )<br>   Secretary, U.S. Department of Transportation, )<br>                                                                        )<br>           Defendants.                                            )<br>                                                                        ) | Civil Action No. 08-00259(RWR) |

**DEFENDANTS' REPLY TO PLAINTIFF'S OBJECTION TO DEFENDANTS' SECOND MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Defendants, Sean T. Connaughton, Administrator, Maritime Administration, and Mary E. Peters, Secretary, U.S. Department of Transportation, provide this brief reply to Plaintiff's objection to Defendants' Second Motion for an Extension of Time. Plaintiff's objection contains a number of inaccuracies. For example, as set out in declarations that will be filed in support of Defendants' response to Plaintiff's Motion for a Preliminary Injunction, Plaintiff's suspended status is not pending resolution of its challenge to the Maritime Administrator's action designating New Jersey as an adjacent coastal state. As set forth in the same declarations, the license application was suspended due to Plaintiff's failure to provide certain environmental and financial information necessary to complete the processing of Plaintiff's Deepwater

Port Act application.  Second, Plaintiff's request, made in its document objecting to Defendants' motion for an extension of time, that this Court compel Defendants to produce a document from the National Oceanic and Atmospheric Administration is simply an inappropriate means to short-circuit the procedural requirements of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  Plaintiff's request in this manner and in this regard should be denied.  Indeed, it is purely speculative for Plaintiff to state that such a document "will play" a significant role in consideration of the probability of success on the merits given that the document has not been released consistent with provisions of the FOIA.  Clearly though, an objection to a motion for an extension of time is not the appropriate mechanism through which to have the Court compel production of a document withheld pursuant to another statute.  This is particularly so given that the relevance of the document to resolving this case has not been established.   More importantly however for purposes of the Court's consideration of Defendants' pending motion, Plaintiff's objection is absent of any argument that it will be prejudiced or irreparably injured if the Court grants the four business day extension requested by Defendants.

 Accordingly for reasons stated in their second Motion for an Extension of Time, and herein, Defendants respectfully move for a four business day extension to March 17, 2008 to file their response to Plaintiff's Motion for a Preliminary Injunction.

Date: March 10, 2008

Respectfully Submitted,


/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendants' Reply to Plaintiff's Objection to Defendant's Second Motion for an Extension of Time to Respond to Plaintiff's Motion for a Preliminary Injunction* was made by the Court's Electronic Case Filing System, this 10th day of March, 2008 to:

John F. Cooney
Venable, LLP
575 Seventh Street, N.W.
Washington, D.C.  20004
jfcooney@venable.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney