UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC SEA ISLAND GROUP LLC,<br><br>  Plaintiff<br><br>v.<br><br>SEAN T. CONNAUGHTON,<br>  Administrator, Maritime Administration,<br><br>  and<br><br>MARY E. PETERS,<br>  Secretary, U.S. Department of Transportation,<br><br>  Defendants. | Civil Action No. 08-00259(RWR) |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants, Sean T. Connaughton, Administrator, Maritime Administration, and Mary E. Peters, Secretary, U.S. Department of Transportation, by and through their undersigned counsel, move to dismiss the above-captioned complaint. Defendants' memorandum in support of this Motion was filed with *Defendants' Motion to Dismiss and Opposition to Plaintiff's Motion for a Preliminary Injunction*. R. 11. Additionally, a proposed order consistent with the relief requested in this Motion was also filed with *Defendants' Motion to Dismiss and Opposition to Plaintiff's Motion for a Preliminary Injunction*. Id.

        Respectfully Submitted,

        /s/ Jeffrey A. Taylor /mj
        _____
        JEFFREY A. TAYLOR, D.C. BAR #498610
        United States Attorney

        /s/ Rudolph Contreras
        _____
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

        /s/ Beverly M. Russell

Of Counsel:          _____
PAUL M. GEIER.          BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant General Counsel for     Assistant United States Attorney
 Litigation         U.S. Attorney's Office for the District of Columbia
DALE C. ANDREWS         555 4th Street, N.W., Rm. E-4915
Deputy Assistant General Counsel   Washington, D.C. 20530
  for Litigation         Ph:  (202) 307-0492
PETER J. PLOCKI         Fax: (202) 514-8780
Senior Trial Attorney         E-mail: beverly.russell@usdoj.gov
U.S. Department of Transportation

LANE H. NEMIROW
Trial Attorney
T.MITCHELL HUDSON
Attorney Advisor
Maritime Administration
U.S. Department of Transportation
Washington, D.C.  20590

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of ***Defendants' Motion to Dismiss*** was made by the

Court's Electronic Case Filing System, this 17th day of March, 2008 to:

John F. Cooney
Venable, LLP
575 Seventh Street, N.W.
Washington, D.C.  20004
jfcooney@venable.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney