UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC SEA ISLAND GROUP LLC,<br>       Plaintiff,<br><br>  v.<br><br>SEAN T. CONNAUGHTON<br>Administrator<br>Maritime Administration,<br><br>and<br><br>MARY E. PETERS,<br>Secretary<br>Department of Transportation,<br>       Defendants. | Civil Action No.<br>08-00259 (RWR) |

**PLAINTIFF'S MOTION TO COMPEL**
**DEFENDANTS TO SUPPLEMENT THE RECORD**

Plaintiff Atlantic Sea Island Group ("ASIG") respectfully submits this Motion seeking an Order to compel Defendants to supplement the Record on which the pending Motion for a Preliminary Injunction will be decided. The Motion is supported by the attached Memorandum of Points and Authorities.

Defendants have authorized us to state that they oppose the Motion to Compel as an inappropriate means of seeking discovery under the Federal Rules of Civil Procedure, and as an improper circumvention of the FOIA process that Plaintiff has initiated and is actively pursuing with the Agency. Defendants will provide additional arguments supporting their opposition to Plaintiff's Motion to Compel within the timeframes set by the Local Rules of this Court.

        Respectfully submitted,

        _____*/s/ John F. Cooney*_____
        JOHN F. COONEY
        (D.C. Bar No. 936336)
        JAMES H. BURNLEY IV
        (D.C. Bar No. 426299)
        DAVID G. DICKMAN
        (D.C. Bar No. 465010)
        Venable LLP
        575 7th Street, N.W.
        Washington, D.C. 20004
        (202) 344-4812

March 21, 2008        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of March 2008, Plaintiff's Motion To Compel Defendants To Supplement the Record for Resolution of the Motion for a Preliminary Injunction was served by the Court's ECF filing system on the following:

> Beverly Russell, Esq.
> U.S. Attorney's Office
> 555 4th Street, N.W.
> 4th Floor
> Washington, D.C. 20530

and by overnight delivery service to:

> Hon. Anne Milgram
> Attorney General of New Jersey
> R.J. Hughes Justice Complex
> 25 West Market Street
> P.O. Box 093
> Trenton, New Jersey 08625

*/s/ John F. Cooney*
John F. Cooney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC SEA ISLAND GROUP LLC,     )<br>                                                                  )<br>                                   **Plaintiff,**      )<br>          v.                                                        )<br>                                                                  )<br>SEAN T. CONNAUGHTON                          )<br>Administrator                                             )<br>Maritime Administration,                           )<br>                                                                  )<br>and                                                             )<br>                                                                  )<br>MARY E. PETERS,                                    )<br>Secretary                                                   )<br>Department of Transportation,                  )<br>                                   **Defendants.**  ) | Civil Action No.<br>08-259 (RWR)<br><br><br>[PROPOSED] ORDER |

### ORDER

Upon consideration of Plaintiff's Motion To Compel Defendants To Supplement the Record for Resolution of the Motion for a Preliminary Injunction, and for good cause shown, it is hereby

**ORDERED** that Defendants shall supplement the Record by immediately submitting to the Court and parties copies of (1) the letter dated October 17, 2007 from the National Oceanic and Atmospheric Administration to the Maritime Administration concerning the Safe Harbor Energy Deepwater LNG Port, on which the Maritime Administrator relied in his decision of November 2, 2007; (2) any other communications that the Maritime Administration had with NOAA regarding its recommendations on thd Safe Harbor Energy project; and (3) any other documents in its possession concerning its communications with New Jersey concerning the October 17th NOAA letter, in particular

all documents, letters, memoranda, notes or e-mail communications related to the agency's October 24, 2007 conference call with New Jersey about the October 17th NOAA letter.

**IT IS SO ORDERED**, this _____ day of _____ 2008.

_____
Richard W. Roberts
United States District Judge
