UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC SEA ISLAND GROUP LLC, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SEAN T. CONNAUGHTON )<br>Administrator )<br>Maritime Administration, and )<br>)<br>MARY E. PETERS, )<br>Secretary )<br>Department of Transportation, )<br>)<br>Defendants. ) | Civil Action No.<br>08-00259 (RWR) |

**MOTION FOR LEAVE TO SUPPLEMENT PLAINTIFF'S REPLY
MEMORANDUM IN SUPPORT OF ITS MOTION FOR A PRELIMINARY
INJUNCTION BY SUBMITTING AN ADDITIONAL DOCUMENT**

Pursuant to Rule 15(d) of the Federal Rules of Civil Procedure, Plaintiff Atlantic Sea Island Group ("ASIG") hereby requests that, for good cause shown, the Court grant it Leave to Supplement its Reply Memorandum in Support of its Motion for a Preliminary Injunction by submitting a letter that was sent t ASIG by the Coast Guard and the Maritime Administration after ASIG had filed its Reply Brief in support of its Motion for a Preliminary Injunction on March 24, 2008. The Motion is supported by the attached Memorandum of Points and Authorities.

Defendants have authorized us to state that they will file a written response explaining their position on the Motion for Leave to Supplement its Reply Memorandum by Submitting an Additional Document after they have had an opportunity to review the Motion.

A proposed Order granting the Motion for Leave to Supplement the Reply Memorandum in Support of the Motion for a Preliminary Injunction by Submitting an Additional Document is attached.

                      Respectfully submitted,

                      */s/ John F. Cooney*
                      JOHN F. COONEY
                      (D.C. Bar No. 936336)
                      JAMES H. BURNLEY IV
                      (D.C. Bar No. 426299)
                      DAVID G. DICKMAN
                      (D.C. Bar No. 465010)
                      Venable LLP
                      575 7th Street, N.W.
March 28, 2008            Washington, D.C. 20004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC SEA ISLAND GROUP LLC, )<br> )<br>          Plaintiff,  )<br>     v.                   )<br>                          )<br>SEAN T. CONNAUGHTON       )<br>Administrator            )<br>Maritime Administration, and )<br>                          )<br>MARY E. PETERS,          )<br>Secretary                )<br>Department of Transportation, )<br>                          )<br>          Defendants.  ) | Civil Action No.<br>08-00259 (RWR)<br><br>[Proposed] ORDER |

## ORDER

Plaintiff's Motion for Leave to Supplement its Reply Memorandum in Support of its Motion for a Preliminary Injunction by Submission of an Additional Document is hereby granted.

Date: _____        _____
                             Richard W. Roberts
                             Unites State District Judge