### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC SEA ISLAND GROUP LLC, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| SEAN T. CONNAUGHTON, | ) |
| Administrator, Maritime Administration, | )  Civil Action No. 08-00259(RWR) |
| | ) |
| and | ) |
| | ) |
| MARY E. PETERS, | ) |
| Secretary, U.S. Department of Transportation, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### DEFENDANTS' OPPOSED, FIRST MOTION FOR AN EXTENSION OF TIME TO FILE THEIR REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MEMORANDUM IN SUPPORT THEREOF

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants, Sean T. Connaughton, Administrator, Maritime Administration, and Mary E. Peters, Secretary, U.S. Department of Transportation, respectfully move for a one business day extension of time up to and including April 7, 2008 to file their reply to Plaintiff's Opposition to Defendants' Motion to Dismiss. The current filing deadline is today, April 4, 2008. This is Defendants' first motion for an extension of time for this purpose. Pursuant to Local Rule 7(m), Defendants' counsel contacted Plaintiff's counsel and was informed that Plaintiff opposes the requested extension of time; however, if the Court grants the proposed extension, Plaintiff requests that the grant of the extension not delay the prompt scheduling of oral argument on the pending Motion for a Preliminary Injunction.

Notwithstanding Plaintiff's opposition to this one business day extension, Defendants respectfully submit that they have a good faith basis for seeking the extension. Specifically, Defendants request the extension because of the work-related demands on their counsel. Defendants note that, this week, their counsel has already filed two opposition memoranda in the above-noted case. Additionally, earlier this week, their counsel was required to address matters related to the administrative record in Fund for Animals v. Williams, Civil Action No. 03-00677(RMU) and during the latter part of the week, discovery in the case, Schroer v. Billington, Civil Action No. 05-1090(JR), including a deposition today, April 4. Because of these and other work-related demands, Defendants' counsel was unable to draft the reply in this matter in time for agency and supervisory review, and filing with the Court by the current deadlline, and for this reason, Defendants respectfully move for a one business day extension of time to April 7, 2008 to file their reply.

A proposed Order consistent with the relief requested herein accompanies this Motion.

Respectfully Submitted,

/s/ Jeffrey A. Taylor /mj
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /mj
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of ***Defendants' Opposed, First Motion for an***

***Extension of Time to File Their Reply to Plaintiff's Opposition to Defendants' Motion to***

***Dismiss*** was made by the Court's Electronic Case Filing System to:

John F. Cooney
Venable, LLP
575 Seventh Street, N.W.
Washington, D.C.  20004
jfcooney@venable.com

and by electronic and first class mail to:

Rachel Horowitz
Office of the Attorney General of New Jersey
24 West Market Street
P.O. Box 093
Trenton, New Jersey 08625-0093

this 4th day of April, 2008.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC SEA ISLAND GROUP LLC, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| SEAN T. CONNAUGHTON, | ) |
| Administrator, Maritime Administration, | ) Civil Action No. 08-00259(RWR) |
| | ) |
| and | ) |
| | ) |
| MARY E. PETERS, | ) |
| Secretary, U.S. Department of Transportation, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

UPON CONSIDERATION of ***Defendants' Opposed, First Motion for an Extension of Time to File Their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss***, it is by the Court,

ORDERED that Defendants' motion should be and is hereby granted, and thus, Defendants shall have up to and including April 7, 2008 to file their reply to Plaintiff's Opposition to Defendants' Motion to Dismiss;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
John F. Cooney
Venable, LLP
575 Seventh Street, N.W.
Washington, D.C. 20004

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Rachel Horowitz
Office of the Attorney General of New Jersey
24 West Market Street
P.O. Box 093
Trenton, New Jersey 08625-0093