UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC SEA ISLAND GROUP LLC, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SEAN T. CONNAUGHTON )<br>Administrator )<br>Maritime Administration, and )<br>)<br>MARY E. PETERS, )<br>Secretary )<br>Department of Transportation, )<br>)<br>Defendants. ) | Civil Action No.<br>08-00259 (RWR) |

## PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT
## THE RECENTLY RELEASED NATIONAL OCEANIC
## AND ATMOSPHERIC ADMINISTRATION LETTER

Pursuant to Rule 15(d) of the Federal Rules of Civil Procedure, Plaintiff Atlantic Sea Island Group ("ASIG") hereby requests that, for good cause shown, the Court grant it Leave to submit a copy of the October 17, 2007 letter from the National Oceanic and Atmospheric Administration ("NOAA") to the Maritime Administration concerning New Jersey's request for designation as an additional "adjacent coastal State" for the Safe Harbor Energy LNG project. Exhibit 1 to attached Memorandum of Points and Authorities. The NOAA letter was posted to the public docket on April 4, 2008, eleven days after ASIG had filed its Reply Brief in support of its Motion for a Preliminary Injunction on March 24, 2008. In support of its Motion, ASIG has attached a short supplemental Memorandum addressing the impact of the NOAA letter on the likelihood of success on the merits prong of its pending Motion for a Preliminary Injunction.

ASIG persistently sought, through Freedom of Information Act requests and by motions in this lawsuit, to obtain a copy of the NOAA letter so that it could be presented to the Court for its consideration in this case. The Maritime Administration repeatedly refused to disclose the letter on the ground that the document constituted a protected pre-decisional memorandum. New Jersey subsequently moved to intervene in this litigation and submitted a November 1, 2007 letter to the Maritime Administration that quoted from the NOAA letter.

The Maritime Administration finally was forced to disclose the NOAA letter because it became apparent from the pleadings submitted by New Jersey that the Maritime Administration had selectively provided the letter to New Jersey, while simultaneously denying its disclosure to ASIG and the public under a FOIA exemption that the agency had vitiated through its selective disclosure. Indeed, responsible officials in the Maritime Administration failed to inform the agency's FOIA Officer that the letter had previously been released to New Jersey and said nothing when the FOIA Officer denied disclosure on the mistaken belief that the confidentiality of the document had been preserved. The FOIA Officer's Document Release Notice expressly stated that the NOAA letter was being released "in light of the disclosure to New Jersey, a fact not previously known to the FOIA officer . . . ." Exhibit 2 to attached Memorandum of Points and Authorities.

Defendants will not be prejudiced by the Court's granting of this Motion and its consideration of the NOAA letter, which has been in their possession for nearly six months. The document does, however, confirm ASIG's merits arguments that the Maritime Administrator violated the Deepwater Port Act and the Administrative

Procedure Act in multiple respects in designating New Jersey as an additional "adjacent coastal State."

Defendants have authorized us to state that they will provide their position on the Motion, which could be an opposition thereto, after Defendants have the opportunity to review the motion. Defendants will file their opposition or other response to Plaintiff's proposed Motion within the timeframe allowed under the Local Rules for responding to motions.

A proposed Order granting the Motion for Leave to Submit the NOAA letter is attached.

                                             Respectfully submitted,

                                             */s/ John F. Cooney*
                                             JOHN F. COONEY
                                             (D.C. Bar No. 936336)
                                             JAMES H. BURNLEY IV
                                             (D.C. Bar No. 426299)
                                             DAVID G. DICKMAN
                                             (D.C. Bar No. 465010)
                                             Venable LLP
                                             575 7th Street, N.W.
April 11, 2008                          Washington, D.C. 20004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC SEA ISLAND GROUP LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SEAN T. CONNAUGHTON )<br>Administrator )<br>Maritime Administration, and )<br>)<br>MARY E. PETERS, )<br>Secretary )<br>Department of Transportation, )<br>)<br>Defendants. ) | Civil Action No.<br>08-00259 (RWR)<br><br>[Proposed] ORDER |

## ORDER

Plaintiff's Motion for Leave to Submit the Recently Released National Oceanic and Atmospheric Administration Letter is hereby granted.

Date: _____

                                                                         _____
                                                                         Richard W. Roberts
                                                                         Unites State District Judge