**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ATLANTIC SEA ISLAND GROUP LLC, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| SEAN T. CONNAUGHTON, | ) |
| Administrator, Maritime Administration, | ) Civil Action No. 08-00259(RWR) |
| | ) |
| and | ) |
| | ) |
| MARY E. PETERS, | ) |
| Secretary, U.S. Department of Transportation, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' OPPOSED, FIRST MOTION FOR AN EXTENSION OF TIME TO**
**FILE THEIR RESPONSE TO PLAINTIFF'S**
**"MOTION FOR LEAVE TO SUBMIT THE RECENTLY RELEASED**
**NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION LETTER"**
**AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants, Sean T.

Connaughton, Administrator, Maritime Administration, and Mary E. Peters, Secretary, U.S.

Department of Transportation, respectfully move for an extension of time to May 2, 2008 to

respond to Plaintiff's Motion for Leave to Submit the Recently Released National Oceanic and

Atmospheric Administration Letter.   The current filing deadline is tomorrow, April 25, 2008.

This is Defendants' first motion for an extension of time for this purpose.[1]

---

[1]Pursuant to Local Rule 7(m), Defendants' counsel contacted Plaintiff's counsel and was informed that Plaintiff opposes the requested extension of time.  Further, Plaintiff wanted Defendants to note the following in Defendants' Motion:

Plaintiff Atlantic Sea Island strongly objects to the proposed extension of time to respond to its motion seeking to put before the Court the NOAA recommendation,

(continued...)

Notwithstanding Plaintiff's opposition to the requested extension, Defendants respectfully submit that they have a good faith basis for seeking the extension. Specifically, Defendants request the extension because of the significant work-related demands on their counsel. Defendants note that, this week, their counsel filed a Motion for Default Judgment in United States v. Slade, Civil Action No. 07-1961(RJL), a case brought pursuant to the False Claims Act, 31 U.S.C. §§ 3729-33, and a reply memorandum in Moncada v. Peters, Civil Action No. 05-00470(PLF), a case brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. Both matters involved research taking a significant period of time. Additionally, Defendant's counsel completed today, April 24, 2008, and anticipates filing tomorrow a dispositive motion in Olaniyi v. United States, Civil Action No. 06-2165(RBW), a case brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680. Because of these and other work-related demands, Defendants' counsel will be unable to draft the response in this matter in time for agency and supervisory review, and filing with the Court by the current deadlline, and for this reason, Defendants respectfully move for an extension of

---

[1](...continued)
a document that the Administrator of the Maritime Administrator was required by law to consider and on which he actually relied in making the decision that is challenged in this litigation. Plaintiff will file an Opposition setting forth why the proposed extension of time should be denied; why the Defendants should be ordered to submit their response forthwith under the normal briefing schedule; and that, with the submission of this pleading, Plaintiff's Motion for a Preliminary Injunction is ripe for resolution and a hearing on that Motion should be scheduled as soon as possible.

Given that Plaintiff will apparently oppose this Motion setting forth reasons and arguments, Defendants will want to reply to Plaintiff's opposition to this Motion within the time frame provided under the Local Rules.

time to May 2, 2008 to do so.  The extension will provide  a reasonable period of time to

coordinate a response with the agency attorneys also involved with this matter.

      A proposed Order consistent with the relief requested herein accompanies this Motion.

Respectfully Submitted,


/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendants' Opposed, First Motion for an*

*Extension of Time to File Their Response to Plaintiff's "Motion for Leave to Submit the Recently*

*Released National Oceanic and Atmospheric Administration Letter" and Memorandum in*

*Support Thereof* was made by the Court's Electronic Case Filing System to:

John F. Cooney
Venable, LLP
575 Seventh Street, N.W.
Washington, D.C.  20004
jfcooney@venable.com

and by electronic and first class mail to:

Rachel Horowitz
Office of the Attorney General of New Jersey
24 West Market Street
P.O. Box 093
Trenton, New Jersey 08625-0093

this 24th day of April, 2008.

/s/ Beverly M. Russell

_____

BEVERLY M. RUSSELL
Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC SEA ISLAND GROUP LLC, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| SEAN T. CONNAUGHTON, | ) |
| Administrator, Maritime Administration, | ) Civil Action No. 08-00259(RWR) |
| | ) |
| and | ) |
| | ) |
| MARY E. PETERS, | ) |
| Secretary, U.S. Department of Transportation, | ) |
| | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION of *Defendants' Opposed, First Motion for an Extension of Time to File Their Response to Plaintiff's "Motion for Leave to Submit the Recently Released National Oceanic and Atmospheric Administration Letter" and Memorandum in Support Thereof*, it is by the Court,

ORDERED that Defendants' motion should be and is hereby granted, and thus, Defendants shall have up to and including May 2, 2008 to file their response to Plaintiff's Motion for Leave to File [R. 28 and 29];

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
John F. Cooney
Venable, LLP
575 Seventh Street, N.W.
Washington, D.C. 20004

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Rachel Horowitz
Office of the Attorney General of New Jersey
24 West Market Street
P.O. Box 093
Trenton, New Jersey 08625-0093