UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC SEA ISLAND GROUP LLC, )<br>                                             Plaintiff, )<br>          v.                             )<br>                                                )<br>SEAN T. CONNAUGHTON )<br>Administrator )<br>Maritime Administration, )<br>                                                  )<br>and )<br>                                                  )<br>MARY E. PETERS, )<br>Secretary )<br>Department of Transportation, )<br>                                                  )<br>                                   Defendants. ) | Civil Action No. 08-00259 (RWR) |

**OPPOSITION TO DEFENDANTS' MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO
SUBMIT THE RECENTLY RELEASED NOAA LETTER**

Plaintiff Atlantic Sea Island Group ("ASIG") opposes Defendants' request for an extension of time to submit a response to its Motion seeking leave to submit to the Court the October 17, 2007 letter from NOAA that the Maritime Administration recently has made public. The requested extension of time should be denied for lack of good cause, and Defendants should be ordered to file their response forthwith under the normal briefing schedule. Further, completion of the briefing on the Motion to submit the NOAA letter to the Court is the last remaining step before the Motion for a Preliminary Injunction is ripe for resolution. ASIG requests that a hearing on that Motion should be scheduled as soon as possible.

ASIG filed its Complaint and its Motion for a Preliminary Injunction on February 15, 2008. Defendants have delayed consideration of that Motion on its merits by repeatedly requesting extensions of time to submit their pleadings, including in particular two extensions of

time to respond to the Motion for a Preliminary Injunction. Further, Defendants forced ASIG to file several additional motions in order to obtain and present to the Court the critical NOAA document, even though the Maritime Administration had vitiated any privilege from production that might have attached to that document by previously releasing it to entities outside the federal government. The Deepwater Port Act provides that the ultimate decision on a license for a deepwater port shall be completed within 330 days after the Application is deemed complete. Nearly 70 days have passed since the Motion for a Preliminary Injunction was filed, due to the delays occasioned by Defendants.

Defendants cannot demonstrate good cause for an extension of time to respond to the Motion to submit the recently released NOAA letter to the Court. That Motion was filed and served 14 days ago, on April 11, 2008. The NOAA letter has been in Defendants' possession for more than six months. The Administrator of the Maritime Administration was required by law to consider this letter in making the decision that is challenged in this litigation, and he explicitly relied upon the letter in that decision.

Defendants resisted production of the NOAA letter for many months, by opposing pleadings seeking its production in this litigation and by denying Freedom of Information Act requests for its disclosure. Defendants can have no valid substantive objection to the Court's consideration of this letter in resolving the Motion for a Preliminary Injunction. Further, Defendants have been on notice since the Complaint was filed that ASIG sought production of the NOAA letter to bring this critical document to the Court's attention.

The Court should bring Defendants' delaying tactics to a halt by denying the pending motion and ordering the government to submit immediately its position on the Motion for leave to submit the NOAA letter. In this manner, completion of the briefing cycle on this Motion can

occur expeditiously, and the Motion for a Preliminary Injunction will finally be ripe for the Court's consideration.

Once this final briefing cycle is complete, ASIG requests that the hearing on the Motion for a Preliminary Injunction be scheduled as soon as possible.

A proposed Order denying the Motion for an extension of time is attached.

                                          Respectfully submitted,

                                          */s/ John F. Cooney*
                                          JOHN F. COONEY
                                          (D.C. Bar No. 936336)
                                          JAMES H. BURNLEY IV
                                          (D.C. Bar No. 426299)
                                          DAVID G. DICKMAN
                                          (D.C. Bar No. 465010)
                                          Venable LLP
                                          575 7th Street, N.W.
                                          Washington, D.C. 20004
                                          (202) 344-4812

April 25, 2008                               *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of April 2008, copies of *Opposition to Defendants' Motion for an Extension of Time to Respond to Plaintiff's Motion for Leave to Submit the Recently Released NOAA Letter and proposed Order* was served (1) by the Court's ECF filing system to ECF-registered counsel of record, or (2) by first-class mail, postage pre-paid, on non-ECF-registered counsel of record as follows:

Beverly Maria Russell, Esquire
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W, 4th Floor
Washington, DC  20530

*Counsel for Defendants*
*Sean T. Connaughton and Mary E. Peters*


Rachel Horowitz, Esquire
Office of the Attorney General of New Jersey
24 West Market Street
P.O. Box 093
Trenton, NJ 08625-0093

*Counsel for Movants*
*Jon S. Corzine and State of New Jersey*


   */s/ John F. Cooney*
John F. Cooney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ATLANTIC SEA ISLAND GROUP LLC,** ) <br> ) <br> **Plaintiff,** ) <br> v. ) <br> ) <br> **SEAN T. CONNAUGHTON** ) <br> **Administrator** ) <br> **Maritime Administration, and** ) <br> ) <br> **MARY E. PETERS,** ) <br> **Secretary** ) <br> **Department of Transportation,** ) <br> ) <br> **Defendants.** ) | Civil Action No. <br> 08-00259 (RWR) <br><br> [Proposed] ORDER |

## ORDER

Defendants' Motion for an Extension of Time to Respond to Plaintiff's Motion for Leave to Submit the Recently Released National Oceanic and Atmospheric Administration Letter is hereby DENIED. Defendants shall submit their position on the Motion within the normal briefing schedule.

**IT IS SO ORDERED.**

ENTERED this ____ day of _____, 2008.

_____
Richard W. Roberts
Unites State District Judge