UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                 )
ATLANTIC SEA ISLAND GROUP LLC,   )
                                 )
     Plaintiff,                  )
                                 )
     v.                          )  Civ. Action No. 08-259 (RWR)
                                 )
SEAN T. CONNAUGHTON, et al.,     )
                                 )
     Defendants.                 )
_____)
```

**MEMORANDUM ORDER**

It is hereby

ORDERED that plaintiff's motion [14] to compel defendants to supplement the record be, and hereby is, GRANTED IN PART AND DENIED IN PART.  In light of the court's May 5, 2008 Minute Order granting plaintiff's motion [28] for leave to file the October 17, 2007 letter from the National Oceanic and Atmospheric Administration, plaintiff's request to compel defendants to produce the letter is DENIED AS MOOT.  Plaintiff's request have defendants produce documents which fall within the scope of the administrative record of the Maritime Administrator's November 2, 2007 decision is GRANTED, because "[t]he D.C. Circuit has clearly held that courts should not issue preliminary injunctions without a review of the entire administrative record to determine a plaintiff's likelihood of success on the merits."  CollaGenex Pharms., Inc. v. Thompson,

-2-

Civil Action No. 03-1405 (RMC), 2003 WL 21697344, at *1 (D.D.C. Aug. 26, 2003) (citing Am. Bioscience, Inc. v. Thompson, 243 F.3d 579 (D.C. Cir. 2001)).  Accordingly, it is further

ORDERED that the defendants file the complete administrative record on or before June 9, 2008.

SIGNED this 19th day of May, 2008.

```
                               _____/s/_____
                               RICHARD W. ROBERTS
                               United States District Judge
```