UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC SEA ISLAND GROUP LLC, )<br>    )<br>    Plaintiff )<br>    )<br>v.    )<br>    )<br>SEAN T. CONNAUGHTON,    )<br>  Administrator, Maritime Administration,    )<br>    )<br>  and    )<br>    )<br>MARY E. PETERS,    )<br>  Secretary, U.S. Department of Transportation,    )<br>    )<br>    Defendants.    )<br>_____ ) | Civil Action No. 08-00259(RWR) |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
PART OF THE ADMINISTRATIVE RECORD UNDER SEAL**

Today, June 9, 2008, Defendants Sean T. Connaughton, Administrator, Maritime Administration, and Mary E. Peters, Secretary, U.S. Department of Transportation, filed the administrative record in this matter with the exception of Plaintiff's deepwater port application. Defendants herein move for leave to file this part of the administrative record under seal because it contains information which might be protected from disclosure pursuant to Exemption 4 of the Freedom of Information Act. 5 U.S.C. § 552(b)(4). This exemption covers two categories of information in federal agency records: (1) trade secrets; and (2) information that is (a) commercial or financial, and (b) obtained from a person, and (c) privileged or confidential. Id.

If this Motion is granted, Defendants will file the full application under seal. After which, the parties will file a public version of the application on the docket after having the opportunity to review the document and make the appropriate redactions. Defendants anticipate

that the Parties will require no more than two weeks to file the public version of the application after the initial filing of the unredacted version.

Pursuant to Local Rule 7(m), Defendants' counsel contacted Plaintiff's counsel and was informed that Plaintiff does not oppose the Court granting the relief requested herein.

Respectfully Submitted,


/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the ***Defendants' Unopposed Motion for Leave to File Part of the Administrative Record Under Seal*** was made by the Court's Electronic Case Filing System, to:

John F. Cooney
Venable, LLP
575 Seventh Street, N.W.
Washington, D.C. 20004
jfcooney@venable.com

and by electronic and first class mail to:

Rachel Horowitz
Office of the Attorney General of New Jersey
24 West Market Street
P.O. Box 093
Trenton, New Jersey 08625-0093

on this 9th day of June, 2008.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC SEA ISLAND GROUP LLC,<br><br>    Plaintiff<br><br>    v.<br><br>SEAN T. CONNAUGHTON,<br>  Administrator, Maritime Administration,<br><br> and<br><br>MARY E. PETERS,<br> Secretary, U.S. Department of Transportation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-00259(RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

UPON CONSIDERATION of ***Defendants' Unopposed Motion for Leave to File Part of the Administrative Record Under Seal***, and there being no opposition thereto, it is by the Court,

ORDERED that Defendants' motion should be and is hereby granted, and thus, Defendants shall file Plaintiff's deepwater port application, part of the administrative record in the above-captioned suit, under seal; and it is further

ORDERED that two weeks after the filing of the unredacted version of the application under seal, the Parties shall file a public version of the document on the docket;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
John F. Cooney
Venable, LLP
575 Seventh Street, N.W.
Washington, D.C. 20004

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530