## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ATLANTIC SEA ISLAND GROUP LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SEAN T. CONNAUGHTON, | ) | |
| Administrator, Maritime Administration, | ) | Civil Action No. 08-00259(RWR) |
| | ) | |
| and | ) | |
| | ) | |
| MARY E. PETERS, | ) | |
| Secretary, U.S. Department of Transportation, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' NOTICE OF FILING
## PART OF THE ADMINISTRATIVE RECORD UNDER SEAL

On Monday, June 9, 2008, Defendants Sean T. Connaughton, Administrator, Maritime Administration, and Mary E. Peters, Secretary, U.S. Department of Transportation, filed the administrative record in this matter with the exception of Plaintiff's deepwater port application. That same day, Defendants moved for leave to file the deepwater port application under seal because it contains information which might be protected from disclosure pursuant to Exemption 4 of the Freedom of Information Act. 5 U.S.C. § 552(b)(4). On June 11, 2008, this Court granted Defendants' motion for leave to file. Accordingly, Defendants are filing Plaintiff's deepwater port application, part of the administrative record in this case, under seal, today, June 13, 2008. Defendant anticipates filing a public version of the application on the docket by June 27, 2008.

Respectfully Submitted,


/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the ***Defendants' Notice of Filing Part of the***

***Administrative Record Under Seal*** was made by the Court's Electronic Case Filing System, to:

John F. Cooney
Venable, LLP
575 Seventh Street, N.W.
Washington, D.C.  20004
jfcooney@venable.com

and by electronic and first class mail to:

Rachel Horowitz
Office of the Attorney General of New Jersey
24 West Market Street
P.O. Box 093
Trenton, New Jersey 08625-0093

on this <u>13th</u> day of June, 2008.


                          /s/ Beverly M. Russell
                          _____
                          BEVERLY M. RUSSELL
                          Assistant United States Attorney

3