UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC SEA ISLAND GROUP LLC, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>SEAN T. CONNAUGHTON, )<br>  Administrator, Maritime Administration, )<br>)<br> and )<br>)<br>MARY E. PETERS, )<br>  Secretary, U.S. Department of Transportation, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 08-00259(RWR) |

**DEFENDANTS' NOTICE OF FILING THE PUBLIC VERSION OF
PLAINTIFF'S DEEPWATER PORT APPLICATION WHICH IS
PART OF THE ADMINISTRATIVE RECORD
IN THE ABOVE-CAPTIONED MATTER**

Defendants, Sean T. Connaughton, Administrator, Maritime Administration, and Mary E. Peters, Secretary, U.S. Department of Transportation, hereby notify the Court of their filing of the public, redacted version of Plaintiff's deepwater port application which is part of the Administrative Record in this matter. The application is being filed on DVD because of its considerable size, and can be viewed in the Clerk's Office. Defendants previously filed the unredacted version of Plaintiffs' application under seal because certain parts contain information which might be protected from disclosure pursuant to Exemption 4 of the Freedom of Information Act. 5 U.S.C. § 552(b)(4). Defendants are providing a copy of the public, redacted version of the deepwater port application (on DVD as well) to Plaintiff and Movant.

Date: June 27, 2008

Respectfully Submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov